# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 AUG 12 PM 12: 05

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

In the Matter of the Search of

(Name, address or brief description of person, property, premises to be searched)

The stored memory, active digital display &
all other electronic features of one Nokia
cellular telephone, model number 1112 b,
white in color with a built in antenna,
International Mobile Equipment Identifier
IMEI # 011223/00/384050/6.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

**'08 MJ 2497**

I **Dennis Senft** being duly sworn depose and say:

I am a(n) ***Special Agent with the Immigration and Customs Enforcement (ICE)*** and have reason to believe

that ____ on the person of or __X__ on the property or premises known as (name, description and/or location)
**the stored memory, active digital display & all other electronic features of one Nokia cellular telephone, model number 1112b, white in color with a built in antenna, IMEI # 011223/00/384050/6, which was removed from evidence from the possession of Walter VELAZQUEZ during Southbound Operation Firewall on July 18, 2008; and the above specified phone is currently in the possession of Immigration Customs Enforcement, San Diego, California.**

in the_____ Southern _____ District of_____ California _____,
there is now concealed a certain person or property, namely

## SEE ATTACHMENT A

*which is evidence, fruits of crime, property designed for use or used in committing criminal offenses including violations of* Title 31, United States Code, Section 5332. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof

_____
Signature of Affiant
**Dennis Senft, Special Agent**
**Immigration Customs Enforcement**

*Sworn to before me, and subscribed in my presence*

AUG 1 2 2008  11:45 AM      at      **San Diego, California**
_____                _____
Date/Time issued                                City and state

**ANTHONY J. BATTAGLIA**
**United States Magistrate Judge**              _____
Name and Title of Judicial Officer              Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR SEARCH WARRANT

I, Dennis Senft, being duly sworn, hereby depose and say:

1.  I am a Special Agent (SA) with the United States Immigration and Customs Enforcement (ICE) and have been so employed since September 22, 2007. I have received specific training in the area of financial investigations and I have training experience in the methods used by currency smugglers to conceal and transport United States currency. I am presently assigned to the Financial Task Force/Cornerstone Group, in San Diego, California, and my duties include investigating violations of money laundering and currency smuggling statues.

2.  This statement is made in support of an application for a search warrant to search cellular phones trained as evidence from Walter VELAZQUEZ on July 18, 2008, and are believed to be evidence of violations of Title 31, United States Code, Section 5332, Bulk Currency Smuggling.

3.  Because this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause.

ITEMS TO BE SEARCHED

4.  The items to be searched are further described as follows:

    (a) The stored memory, active digital display and all other electronic features of one Nokia cellular telephone, model number 1112 b, white in color with a built in antenna, International Mobile Equipment Identifier (IMEI) # 011223/00/384050/6.

    (b) The stored memory, active digital display and all other electronic features of one Sprint/Nextel Motorola cellular telephone, model # ic902, external extendable antenna and International Mobile Equipment Identifier (IMEI) # 001500080759730.

(c) The cellular telephones were property taken from Walter VELAZQUEZ, while he was detained for attempting to smuggle $13,000 in United States currency into Mexico through the Otay Mesa, California Port of Entry (POE). I am currently in possession of the cellular telephones.

ITEMS TO BE SEIZED

5.   The items to be seized are evidence of violation of Title 31, United States Code, Section 5332, Bulk Currency Smuggling namely:

(a) The number and/or name and identity assigned to the cellular telephone;

(b) The numbers, names and/or identities stored in the directory;

(c) The numbers dialed from the cellular telephone and stored in memory;

(d) The last number dialed from the cellular telephone; and

(e) Any other electronic information in the stored memory and/or accessed by the active electronic features of the cellular telephone which evidences the existence of a conspiracy to smuggle U.S. currency into or out of the U.S.

PROBABLE CAUSE

6.   Based upon my training and experience as a Special Agent with ICE, consultations with other Special Agents and law enforcement officers experienced in currency smuggling investigations and all the facts and opinions set forth in this affidavit, I know the following:

(a) Currency smuggles will use digital and cellular phones because they are mobile, they have instant access to phone calls and voice messages, they have access to text messaging and can have instant access to all of their contacts information stored in the phone;

(b) Currency smugglers believe that cellular phones provide greater insulation and protection against court ordered wiretaps and they believe in the inability of law

2

enforcement personnel to simultaneously track the originating and destination

phone numbers of calls placed to and from their digital and cellular phones.

7.  On July 18, 2008, at approximately 1130 hours Jesus Javier SALAZAR and Walter

VELAZQUEZ attempted to enter Mexico from the United States at the Otay Mesa, California Port

of Entry.  SALAZAR, the driver, and VELAZQUEZ, the passenger, were contacted in a 2002

BMW X5 sport utility vehicle, black in color and bearing California license 5RAB488.  Subsequent

border search of the vehicle and the two occupants resulted in the seizure of $13,000.

8.  Custom and Border Protection Officers (CBPO) assigned to multi-agency bulk currency

initiative OPERATION FIREWALL were performing an outbound operation at the Otay Mesa,

California POE when they contacted SALAZAR as the driver and VELAZQUEZ as the sole

passenger of a 2002 BMW X5 sport utility vehicle, black in color and bearing California license

5RAB488.  CBP Officers obtained two "negative" customs declarations for currency from both the

driver and the passenger in the vehicle, stating they were not carrying greater than $10,000 in US

currency, money orders, or other negotiable instruments.

9.  In the southbound secondary, both the vehicle and two occupants were subjected to further

inspection.  During the secondary inspections, VELAZQUEZ'S currency was counted and verified

by CBP officers and an ICE Special Agent for a total of $7,585 and SALAZAR'S currency was also

verified and totaled $5,683.  It was determined $5,000 of the currency SALAZAR was carrying was

in his left front pants pocket and belonged to VELAZQUEZ.  The remainder of SALAZAR'S funds

were in his right front pocket, totaling $683.  Both occupants carried a combined total of $13,268.

10. A narcotics detector dog assigned to OPERATION FIREWALL conducted a canine

screening of the BMW.  The dog alerted to the odor of narcotics sourced to the rear of the vehicle.

A further inspection revealed no narcotics inside the vehicle.  A further inspection revealed no

additional currency, contraband, or narcotics in the vehicle.

3

11. ICE Special Agents made contact with both VELAZQUEZ and SALAZAR and they were released without incident. VELAZQUEZ possessed two cell phones which were seized by ICE Special Agents. CBP Officers seized $13,000 and returned $268 to SALAZAR for humanitarian reasons.

12. An interview of VELAZQUEZ revealed that $10,000 was from his uncle for whom he could not provide contact information. VELZAQUEZ said his uncle gave him the money to take to family members in Guadalajara, Mexico. VELAZQUEZ stated he does not have a close relationship with his uncle and declined to answer further question regarding his uncle. VELAZQUEZ also stated he was not currently employed, but paid for the trip to Mexico with cash.

13. Based on the facts contained in this affidavit and my experience and training, I believe there is probable cause to believe that the cellular telephones contain evidence of violations of Title 31, united states Code, Section 5332, Bulk Currency Smuggling.

Dennis Senft, Special Agent

Immigration Customs Enforcement

Sworn to and subscribed to before me

this ____ day of August, 2008.

_____

UNITED STATES MAGISTRATE JUDGE

4